STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: **JEFFREY S. ROGAN**
Deputy District Attorney
State Bar No. 010734
500 South Grand Central Pkwy.
Las Vegas, Nevada 89155-2215
(702) 455-4761
Fax (702) 382-5178
E-Mail: Jeffrey.Rogan@ClarkCountyDA.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MONICA CURTIS, an Individual,

    Plaintiff,

vs.

THE JUSTICE COURT OF THE NORTH LAS VEGAS TOWNSHIP, CLARK COUNTY, STATE OF NEVADA,

    Defendant.

Case No:   2:20-cv-02354-APG-DJA

**STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**

**[FIRST REQUEST]**

Plaintiff Monica Curtis ("Plaintiff"), by and through her attorney of record, Jenny L. Foley, PhD, of HKM EMPLOYMENT ATTORNEYS LLP, and Defendant North Las Vegas Township Justice Court ("Defendant"), by Steven B. Wolfson, District Attorney, through Jeffrey S. Rogan, Deputy District Attorney, hereby stipulate and agree as follows:

1. Plaintiff filed her Complaint [ECF No. 1] on December 30, 2020;
2. Defendant was served on January 6, 2021, making Defendant's response to the Complaint due January 27, 2021;
3. The parties stipulate and agree to extend Defendant's deadline to answer or otherwise respond to the Complaint by eight (8) days, up to and including Thursday, February 4, 2021;

///

4. The purpose of this extension is to provide time for Plaintiff and Defendant to review legal authority regarding the applicability of Eleventh Amendment immunity to Nevada Justice Courts. This extension will conserve the Court's and parties' resources by possibly precluding the need for a Motion to Dismiss.

5. This is the first request for an extension of Defendant's deadline to answer or otherwise respond to the Complaint, and the extension is not being sought for improper purposes or delay.

6. In view of the foregoing, the parties respectfully request the Court to extend Defendant's time to respond to the Complaint by eight (8) days, up to and including February 4, 2021.

DATED this 27th day of January 2021.

By: /s/ Jenny L. Foley
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 009017
HKM Employment Attorneys LLP
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Attorney for Plaintiff

By: /s/ Jeffrey S. Rogan
Jeffrey S. Rogan, Esq.
Deputy District Attorney
State Bar No. 010734
500 South Grand Central Pkwy.
Las Vegas, Nevada 89155-2215
Attorney for Defendant

**ORDER**

IT IS SO ORDERED, this 28th day of January 2021.

_____
United States Magistrate Judge