**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**REX M. MARTINEZ, ESQ.**
Nevada Bar No. 15277
E-mail: rmartinez@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 805-8340
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MONICA CURTIS, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE JUSTICE COURT OF THE NORTH LAS VEGAS TOWNSHIP, CLARK COUNTY, STATE OF NEVADA,<br><br>Defendants. | CASE NO.: 2:20-cv-2354<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff MONICA CURTIS, ("Plaintiff"), by and through her attorney, HKM Employment Attorneys LLP, hereby stipulate and agree as follows:

WHEREAS, Plaintiff, now a former employee of Defendant, has brought claims against Defendant for unlawful workplace discrimination and retaliation based on race under Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §2000e et seq.; 42 U.S.C. §12101 et. seq.; for monetary damages to redress the deprivation of rights secured to the Plaintiff by the Civil Rights Act of 1871, 42 U.S.C. § 1981; for violations under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 et.; seq.; and for certain claims brought pursuant to the Nevada Revised Statutes;

1  WHEREAS, Plaintiff initiated a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC") and on or about October 1, 2020, Plaintiff received her Notice of Right to Sue for her EEOC charges (No. 34B-2018-01335 and No. 34B-2019-00358);

WHEREAS, Plaintiff filed her Complaint against Defendant on December 30, 2020 (ECF No. 1);

WHEREAS, Defendant's Answer to her Complaint is was due February 4, 2021, after an agreed to extension (*see* ECF No. 11 and No. 12);

WHEREAS, Plaintiff acknowledges that all claims related to Plaintiff's employment with Defendant, including the claims alleged in the Complaint and Charges, are barred by sovereign immunity and as such fall within the jurisdiction of the Eighth Judicial District Court of Clark County, Nevada.

**IT IS HEREBY STIPULATED** by and between Defendant and Plaintiff as follows:

1. All of Plaintiff's claims relating to her employment with Defendant, including those alleged in the Complaint and Charges, shall be dismissed with prejudice, with each side bearing their own attorneys' fees and costs;

2. If Plaintiff brings the claims contained in her Complaint (ECF No. 1) in the Eighth Judicial District Court of Clark County, Nevada, Defendant will not raise any statute of limitation issues that were not present when Plaintiff filed her Complaint (ECF No. 1).

3. Defendant's Answer to Plaintiff's Complaint (ECF No. 1) is unnecessary as it is now moot.

/ / /

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: February 9, 2021

Dated this 5th day of February 2020.

By: /s/ _____  
**REX M. MARTINEZ** (Bar No. 15277)  
HKM Employment Attorneys  
1785 East Sahara, Suite 300  
Las Vegas, Nevada 89104  
Telephone: (702) 805-8340  
Facsimile: (702) 805-8340  
Email: jfoley@hkm.com  
Attorneys for Plaintiff

By: /s/ _____  
**JEFFREY S. ROGAN**  
Deputy District Attorney – Civil Division  
500 S. Grand Central Parkway, Suite 5075  
Las Vegas, Nevada 89155-2215  
T. (702) 455-4761  
F. (702) 382-5178  
Jeffrey.Rogan@clarkcountyda.com  
Attorney for Defendant